UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21533-CIV-ALTONAGA

**JULIO CESAR GARCIA-MACHUAT**,

    Petitioner,
v.

**GARRETT RIPA**, *et al.*,

    Respondents.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On March 10, 2026, the Court entered an Order [ECF No. 3] dismissing Petitioner, Julio Cesar Garcia-Machuat's Verified Petition for Writ of Habeas Corpus [ECF No. 1] as an impermissible shotgun pleading. (*See* Mar. 10, 2026 Order). Petitioner filed an Amended Verified Petition . . . [ECF No. 4] the same day. (*See id.*). Upon review, the Court concludes the Amended Petition remains an impermissible shotgun pleading and must also be dismissed.

As the Court explained in its earlier Order, the typical shotgun pleading "contains several counts, each one incorporating by reference the allegations of its predecessors," *Strategic Income Fund, L.L.C. v. Spear, Leeds & Kellogg Corp.*, 305 F.3d 1293, 1295 (11th Cir. 2002), making it "virtually impossible to know which allegations of fact are intended to support which claim(s) for relief[,]" *Anderson v. Dist. Bd. of Trs. of Cent. Fla. Cmty. Coll.*, 77 F.3d 364, 366 (11th Cir. 1996) (alterations added; citation omitted). (*See also* Mar. 10, 2024 Order 1–2). Petitioner's second claim for relief "incorporates by reference the allegations of fact set forth in preceding paragraphs." (Am. Pet. ¶ 78). This approach makes it difficult to ascertain what factual allegations and legal

CASE NO. 26-21533-CIV-ALTONAGA

conclusions correspond to each of the two claims. *See Beckwith v. Bellsouth Telecommc'ns Inc.*, 146 F. App'x 368, 372 (11th Cir. 2005).

Accordingly, it is

**ORDERED** that Petitioner, Julio Cesar Garcia-Machuat's Amended Verified Petition . . . **[ECF No. 4]** is **DISMISSED without prejudice**. Petitioner has until **March 17, 2026**, to submit an amended petition correcting the foregoing deficiency.

**DONE AND ORDERED** in Miami, Florida, this 11th day of March, 2026.

*[signature]*
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record